UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Dennis M. Cavanaugh
                                 :
           v.                 :    Cr. No. 11-305
                                 :
JACQUON PERRY,              :
   a/k/a "Jaquan Perry,"     :    ORDER
   a/k/a "Jaquon Perry"      :

Defendant having aliases relevant to this matter, and for good cause shown,

It is on this ___27___ day of August 2012,

ORDERED that the case caption in this matter shall be changed from "United States of America v. Jaquan Perry, a/k/a 'Jaquon Perry,'" to "United States of America v. Jacquon Perry, a/k/a 'Jaquan Perry,' a/k/a 'Jaquon Perry.'"

HON. DENNIS M. CAVANAUGH
United States District Judge

Date: ___8/27/12___